IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMI HAWKINS, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CONSUMERS UNITED, INC. d/b/a GOJI, )<br>)<br>    Defendant )<br>)<br>) | **Case No.: 5:15-cv-04077-EGS** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>October 1, 2015</u>

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 1st day of October, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

    Hal N. Schwartz, Esq.
    GOJI
    St James Avenue, 4th Floor
    Boston, MA 02116

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff